**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 26-14187-CIV-CANNON**

**YILIN ZHOU**,

Plaintiff,

v.

**DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.***,,

Defendants.
__________________________________/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS MATTER** comes before the Court upon Defendants' Second Unopposed Motion for Extension of Time (the "Motion") [ECF No. 8]. In the Motion, Defendants seek a five-month extension of time to file their response to Plaintiff's Complaint for Writ of Mandamus [ECF No. 1]. In support, Defendants asserts that the extension is necessary because Plaintiff requires time to respond to Defendants' Request for Evidence, which was issued on September 16, 2026, and is due on December 11, 2026 [ECF No. 8]. Defendants, likewise, represent that they need 60 days to review Plaintiff's evidence [ECF No. 8]. Plaintiff does not oppose the Motion.

Upon review of the Motion and the status of this case, and mindful of the need to preserve judicial and party resources pending the parties' lengthy exchange and review of evidence as reported in the Motion, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the substantive rights of any parties.

2. On or before **May 1, 2027**, parties are directed to meaningfully confer and file a

joint status report advising of the status of Plaintiff's Form I-526E Immigrant Petition and indicating their intent to reinitiate this proceeding, with proposed deadlines. Disagreements in positions may be denoted separately in the joint report.

3. Any pending motions are **DENIED AS MOOT** and all deadlines are terminated.

4. The Clerk is instructed to close this case for administrative purposes only.

**ORDERED** in Fort Pierce, Florida, this 29th day of September 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record