**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 26-14187-CIV-CANNON**

**YILIN ZHOU**,

Plaintiff,

v.

**DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,**,

Defendants.
______________________________________/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS MATTER** comes before the Court upon Defendants' Second Unopposed Motion for Extension of Time (the "Motion") [ECF No. 8]. In the Motion, Defendants seek a five-month extension of time to file their response to Plaintiff's Complaint for Writ of Mandamus [ECF No. 1]. In support, Defendants assert that the extension is necessary because Plaintiff requires time to respond to their Request for Evidence, which is due on December 11, 2026, and that Defendants likewise require significant additional time to review Plaintiff's forthcoming evidence [ECF No. 8]. Plaintiff does not oppose the Motion. Upon review of the Motion and the status of this case, and mindful of the need to preserve judicial and party resources pending the parties' exchange and review of evidence as reported in the Motion, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the substantive rights of any party.
2. On or before **May 1, 2027**, parties are directed to meaningfully confer and file a joint status report advising of the status of Plaintiff's Form I-526E Immigrant

Petition and indicating their intent to reinitiate this proceeding, with proposed deadlines. Disagreements in positions may be denoted separately in the joint report.

3. Any pending motions are **DENIED AS MOOT** and all deadlines are terminated.

4. The Clerk is instructed to close this case for administrative purposes only.

**ORDERED** in Chambers in Fort Pierce, Florida, this 30th day of September 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record